**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

FLAVIO NUNEZ-REYES, aka Flavio
Reyes,
                    *Petitioner,*

            v.

ERIC H. HOLDER Jr., Attorney
General,

                    *Respondent.*

No. 05-74350

Agency No.
A078-181-648

ORDER

Filed September 24, 2010

---

**ORDER**

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.